78,320-01

Abel Acosta, Clerk                                    December 2, 2015
Texas Court of Criminal Appeals
P.O. Box 12306, Capital Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 0 8 2015

Abel Acosta, Clerk

RE: File/Date-Stamp Document

Dear Mr. Acosta:

    I, Rheashad Lamar Lott, humbly request that you file/date
stamp the enclosed letter addressed to: Sharon Hazelwood,
Official Court Reporter, Criminal District Court #7, 113 N. Riverfront,
Dallas, Texas 75207.
    I sincerly thank you for your time, and for any
questions, I can be reached at the address below.

Respectfully Submitted,

Rheashad Lamar Lott
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

cc:

December 2, 2015

Sharon Hazelwood
Offical Court Reporter
Criminal District Court #7
113 N. Riverfront
Dallas, Texas 75207

RE: Reporter's Record in Cause No. F08-30495-I

Dear Ms. Hazelwood:

On August 7, 2009, Hazelwood recorded the proceedings for a pre-trial hearing in cause no. F08-30495-I, styled THE STATE OF TEXAS v. RHEASHAD LAMAR LOTT, see (Clerk's Record [CR]:3). This case was subsequently re-indicted, F09-00780-I, and transferred to Criminal District Court #2, Judge Don Adams presiding, on August 24, 2009, see (CR:12). Lott was convicted of the offense on September 8, 2009, which he then timely filed a Notice of Appeal and Pauper Oath on September 8, 2009, see (CR:37). Pursuant to Tex.R.App.Proc. 34.6(b)(1),(2), Lott filed Defendant's Request for Clerk and Court Reporter's Record and Exhibits on Appeal, with a request to include all documents from case no. F08-30495-I, and filed a copy of the request with the trial court clerk, see (CR:38-41). Lott's Indigency of Party Motion and Affidavit pursuant to Tex.R.App.Proc. 32.1(k) was filed and GRANTED on September 8, 2009, and Lott requested Reporter's/ Recorder's Record, FOR THE FIRST TIME, on September 21, 2009, which arrangement's were made to pay fee because of indigency, see Tex.R.App.Proc. 20.2. Lott filed another request for the Court Reporter's Record taken during the pre-trial in cause no. F08-30495-I on October 20, 2011; another request on March 20, 2012; and sent a letter to Velma Loza, who agreed to coordinate with Hazelwood in preparing the Reporter's Record, on March 19, 2012.

Therefore, pursuant to Tex.R.App.Proc. 34.6(d), Lott directs Hazelwood to prepare, certify, and file in the appellate court a supplemental reporter's record containing the above-mentioned omitted item (pre-trial transcripts and any exhibits taken on August 7, 2009, in Criminal District Court #7, Judge Mike Snipes presiding, in cause no. F08-30495-I), and to notify Lott BY LETTER on the date this request is fulfilled. An official court reporter or court recorder must be in compliance with Tex.R.App.Proc. 13.1 and/or 13.2.

Lott also requests that Hazelwood notify him BY LETTER of the status of the pre-trial transcripts and exhibits, and if they have or have not been lost or destroyed within a reasonable amount of time.

For failure to comply to, by, or answer this request/letter, or an undue delay in abiding by this request/letter or notifying Lott of any status; a copy of this letter along with a formal and informal complaint will be forwarded to the Texas Court Reporter's Certification Board. Thank you for your time in this matter, and for any questions, Lott can be reached at the address below.

Respectfully Submitted,

/s/ Rheashad Lamar Lott

Rheashad Lamar Lott
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

Appellant, Pro Se


## Certificate of Service

A true and correct copy of the above and foregoing document has been served by placing it in the United States Mail, postage prepaid, on December 2, 2015, addressed to: Tommy L. Skaggs,

Assistant Attorney General, P.O. Box 12548, Capitol Station, Austin, Texas 78711, Attorney for Respondent.

/s/ Rheashad Lamar Lott

Rheashad Lamar Lott
Appellant, Pro Se

## Unsworn Declaration

I, Rheashad Lamar Lott, am presently incarcerated at the Mark W. Stiles Unit of the Texas Department of Criminal Justice in Jefferson County, Texas declare under penalty of perjury that the above is true and correct, pursuant to 28 U.S.C. §1746 and V.T.C.A. Civil Practice & Remedies Code, & 132.001-132.003. Signed on the 2nd day of December, 2015.

Rheashad Lamar Lott
Printed Name

/s/ Rheashad Lamar Lott
Signature

cc: Trial Court Clerk of Criminal District Court #7 (DELIVERED VIA UNITED STATES MAIL); 5th District Court of Appeals (DELIVERED VIA UNITED STATES MAIL); Texas Court of Criminal Appeals of Texas (DELIVERED VIA UNITED STATES MAIL); United States District Court, Northern District, Dallas Division (DELIVERED VIA UNITED STATES MAIL); United States Court of Appeals for the 5th Circuit (DELIVERED VIA UNITED STATES MAIL); Dallas County District Clerk's Office (DELIVERED VIA UNITED STATES MAIL)